O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARITZA ALBARAN,<br><br>    Plaintiff,<br><br>  v.<br><br>TIKTOK INC, et al.,<br><br>    Defendants. | Case No.:  2:23-cv-00486-MEMF (AGRx)<br><br>**ORDER GRANTING STIPULATION TO STAY PROCEEDINGS PENDING JPML RULING** |

Pursuant to stipulation of the parties,

1. All proceedings and deadlines, including but not limited to the requirement for any party to file a pleading, responsive pleading, or motion under Federal Rules of Civil Procedure 8, 9, or 12 shall be STAYED in this action pending further order of this Court.

2. If the JPML issues an order transferring this action to a different court, the transferee court may lift the stay in its discretion. If the JPML issues an order deciding not to transfer this action to another court, the Parties shall within 14 days of such decision submit a joint status report to this Court with a schedule for Defendants to respond to the Complaint.

3. The Parties reserve all other rights, including but not limited to, any Defendant's ability to object to issues related to service and/or jurisdiction.

IT IS SO ORDERED.

Dated: February 27, 2023

_____

MAAME EWUSI-MENSAH FRIMPONG

United States District Judge